No. 84–5988. MINER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 84–5989. FAYOMI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5990. OWENS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–5992. EZEODO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–5994. BROWN *v.* WEINBERGER, SECRETARY OF DEFENSE. C. A. 7th Cir. Certiorari denied.

No. 84–5995. SALTERS *v.* GREENVILLE HOUSING AUTHORITY OF THE CITY OF GREENVILLE. Ct. App. S. C. Certiorari denied.

No. 84–5996. POWERS *v.* HOLLAND, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–5998. MASON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–6002. GUESS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6003. SCHAFER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–6007. MUNNINGS *v.* WINEBRENNER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6012. CARTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6013. FLAKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6014. BASS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.